## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

MICHAEL A. ECKLIN,            )
                               )
    Plaintiff,                 )
                               )
v.                           )       Civil Action No. 3:11CV577-HEH
                               )
G.A. WHITE, *et al.*,         )
                               )
    Defendants.          )

### MEMORANDUM OPINION
### (Dismissing Action for Failure to Prosecute)

Plaintiff, a Virginia state prisoner proceeding *pro se*, filed this civil action. On September 30, 2011, the Memorandum Order entered on September 13, 2011 was returned to the Court by the United States Postal Service marked, "NOT AT THIS ADDRESS" and "RETURN TO SENDER." Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to keep the Court informed of his current address indicates his lack of interest in prosecuting the action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                  /s/
                             HENRY E. HUDSON
                             UNITED STATES DISTRICT JUDGE

Date: Dec 29, 2011
Richmond, Virginia